**Order entered March 20, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00942-CR
No. 05-19-00943-CR
No. 05-19-00944-CR

**MARCOS GALLEGOSMARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-57057-Q, F18-57058-Q & F18-57059-Q**

**ORDER**

The Court **REINSTATES** these appeals.

Before the Court is Livia Liu Francis's March 18, 2020 motion for substitution of counsel in which Ms. Francis states she was appointed counsel by the trial court. We **GRANT** the motion. We **DIRECT** the Clerk to list Livia Liu Francis as appellant's counsel of record in these appeals. All future correspondence shall be sent to Ms. Francis at P.O. Box 2882 Coppell, TX 75019.

Appellant's brief is **DUE** by May 4, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; to Livia Liu Francis, and to the Dallas County District Attorney's Office.

/s/    BILL PEDERSEN, III
       JUSTICE